# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| OSS1 | 9309779 | Stewart | 1837 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/01/2021 | 1.218 (b)(16), (b)(44) |

**Place of Offense**
Cincinnati VA Medical Center

**Offense Description: Factual Basis for Charge** HAZMAT ☐
Unlawful sexual activity

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| Thomas | Edward |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**A ☒ APPEARANCE IS REQUIRED**
If Box A is checked, you must appear in court. See instructions.

**B ☐ APPEARANCE IS OPTIONAL**
If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court, Potter Stewart Courthouse, Room 701/708, 100 East Fifth Street, Cincinnati, Ohio 45202

Date: _____
Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: Unavailable to Sign

Original - CVB Copy

*9309779*

---

CVB SCAN 11/09/2021 9:28

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on __/__/____, 20__, while exercising my duties as a law enforcement officer in the Southern District of Ohio

[lines]

The foregoing statement is based upon:
☐ my personal observation     ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 11/01/2021    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident